**ATTACHMENT A**
***Property to be searched***

All of the subject parcels are currently located at the United States Postal Inspection Service Field Office, 2400 Orange Avenue, Second Floor, Cleveland, OH 44101 in the Northern District of Ohio, Eastern Division.

A. **U. S. Postal Service Priority Mail Flat Rate Envelope bearing tracking no. 9205590327908754198706 addressed to, Miranda Casas 636 Mary Ln, Marietta GA 30062 bearing return address of CEECEE'S BOUTIQUE 37783 Caroline Dr Avon OH 44011**

B. **U. S. Postal Service Priority Mail parcel bearing tracking no. 9205 590327908753921534 addressed to Destiny Arnlod, 16000 HUNTMERE AVE, CLEVELAND OH 44110 bearing return address of KEY TRADERS, 8989 GULLO AVE, ARLETA CA 91331**