**AFFIDAVIT OF PROBABLE CAUSE IN SUPPORT OF A SEARCH WARRANT**

**UNITED STATES POSTAL INSPECTION SERVICE**

I, JOSEPH A HALUSKA, DO HEREBY DEPOSE AND SAY:

1. I am a United States Postal Inspector and have been so employed since June of 2026, presently assigned at the U.S. Postal Inspection Service (USPIS) Cleveland, Ohio Field Office to the Contraband Interdictions and Investigations Group, which strives to protect the U.S. Mail from dangerous drugs and illegal contraband, specifically illicit drugs and firearms. I have received training in the detection and investigation of drug trafficking. I have worked investigations involving the U.S. Mails since June of 2026, during which time I have been involved in several narcotics investigations. I am a graduate of the Criminal Investigator Training Program at the Brunswick, Georgia Federal Law Enforcement Training Center a course designed to train federal agents in all facets of criminal investigations regardless of scope or complexity. Prior to my service with the Postal Inspection Service, I was a Special Agent with the Naval Criminal Investigative Service and worked numerous Criminal Investigations since May of 2024. Prior to my federal service, I was a police officer with the Cleveland Metroparks Police Department and primarily worked in the downtown Cleveland Area. While serving as a police officer I responded to calls of various themes including narcotics trafficking, and other violent crimes.

2. Because this affidavit is submitted for the limited purpose of supporting a search warrant, I have not included each and every fact known concerning this investigation. I have set forth only the facts I believe necessary to establish probable cause that the below referenced U.S. Postal Service (USPS) parcels contain a controlled substance.

3. I know based on training and experience that U.S. Mail is often used by narcotic traffickers to transport controlled substances. I know from my training and experience that the USPS Priority Mail system is commonly used to transport controlled substances because Priority Mail provides traceability, reliability, and timely delivery. The guaranteed delivery timeframe of approximately two to three days for Priority Mail places pressure on law enforcement agents to identify, search, and deliver these drug parcels in a timely manner.

4. From August 6, 2026 to August 7, 2026 while conducting parcel interdiction in the Northern District of Ohio, USPIS identified the following two U.S. Postal Service Mail parcels as suspected narcotics parcels based on the parcels containing postage that was purchased through a specific third party postage provider. Your affiant knows, based on previous narcotics seizures using identical postage, that this third party postage provider is commonly used by individuals who mail illegal contraband/narcotics via the U.S. Postal Service. Your affiant has previously interdicted parcels paid for using this specific third party postage provider, and these parcels have consistently contained illegal narcotics, proceeds, or other contraband (such as counterfeit money or fraudulent identification cards).

Subject Parcel List (the property to be searched is also listed in Attachment A

A. **U. S. Postal Service Priority Mail Flat Rate Envelope bearing tracking no. 9205590327908754198706 addressed to, Miranda Casas 636 Mary Ln, Marietta GA 30062 bearing return address of CEECEE'S BOUTIQUE 37783 Caroline Dr Avon OH 44011**

This parcel is further described as a USPS Priority Mail Flat Rate Envelope, weighing approximately 3.00 Ounces, and measuring approximately 12.5 inches X 9.5 inches. The subject USPS Flat Rate Envelope was mailed on August 6, 2026, from Avon Lake, Ohio. Your affiant made inquiries with CLEAR, an electronic database that has proven reliable in previous investigations in determining the legitimacy of name and address, and phone number information. Concerning the return address 37783 Caroline Dr Avon OH 44011, CLEAR was unable to associate the sender business "CEECEE'S BOUTIQUE" at this address. Your affiant was able to associate the listed recipient, Miranda Casas, at the recipient address of 636 Mary Ln, Marietta GA 30062.

B. **U. S. Postal Service Priority Mail parcel bearing tracking no. 9205 590327908753921534 addressed to Destiny Arnlod, 16000 HUNTMERE AVE, CLEVELAND OH 44110 bearing return address of KEY TRADERS, 8989 GULLO AVE, ARLETA CA 91331**

This parcel is further described as a USPS Small Flat Rate Box, weighing approximately 1lb(s) 2.4 Ounces, and measuring approximately 8.69 inches x 5.44 inches x 1.75 inches. The subject USPS Flat Rate Box was mailed on August 4, 2026, from Pacoima, CA. Your affiant made inquiries with CLEAR, an electronic database that has proven reliable in previous investigations in determining the legitimacy of name and address, and phone number information. Concerning the return address of 8989 GULLO AVE, ARLETA CA 91331, CLEAR was unable to associate the sender business "KEY TRADERS" at this address. Your affiant was unable to associate the listed recipient, Destiny Arnold, at the recipient address of 16000 HUNTMERE AVE, CLEVELAND OH 44110.

5. From August 6, 2026 to August 7,2026, your affiant took possession of the above listed parcels, for further investigation, within the Northern District of Ohio.

6. The Subject Parcels bore postage purchased through a specific third party postage provider. Based on prior narcotics interdictions involving parcels bearing identical postage, your affiant knows that this provider is frequently utilized by individuals who ship illegal contraband or controlled substances through the U.S. Postal Service. Your affiant has previously intercepted parcels paid for using this same third party postage provider, and those parcels have consistently contained illegal narcotics, proceeds of narcotics trafficking, or other forms of contraband, including counterfeit currency and fraudulent identification documents.

7. Through my training and experience, I know that individuals who use the U.S. Mail to distribute controlled substances often purchase postage through these specific third party providers in an effort to anonymize the mailing and make the parcel more difficult to trace back to the sender.

8. I know based on previous narcotics seizures using the same third-party postage, that this third-party postage provider is commonly used by individuals who mail illegal narcotics via the USPS. Postal Inspectors in the Northern District of Ohio have interdicted hundreds of parcels containing the same third-party postage, which have resulted in the seizure of contraband, including controlled substances

9. Your affiant knows based on his training and experience that although individuals who use the U.S. Mail to distribute controlled substances will often use fictitious names on the address label, individuals who purchase their drug parcel postage with cryptocurrency will often place legitimate business addresses and/or business name information as the return address and/or legitimate addresses and name information for the recipient to facilitate delivery.

10. On August 10, 2026, each of the two subject parcels listed above were placed individually into a separate lineup containing several blank parcels which emanated no narcotics odors. Each lineup was then subjected to “Atilla”, a narcotic detection canine handled by Detective Michael Twombly of the Cuyahoga County Sheriff’s Office. Canine Atilla gave a positive alert on the subject parcels in each of the two separate lineups. This positive alert means Atilla detected the odor of an illegal narcotic emanating from the subject parcel in each lineup. In each of the two lineups, Atilla did not alert to the blank parcels, which emanated no narcotics odors.

11. Detective Michael has been state certified as a narcotics canine handler since 2005, and he and narcotics canine Atilla have worked together since July 2022. Detective Twombly and canine Atilla completed 240 hours of a state-certified training program at Excel K-9 Services, Inc., in Hiram, Ohio, under Certified Master Trainer Paul Shaughnessy of the North American Police Work Dog Association (NAPWDA), a nationally organized police work dog association which provides training for dogs and handlers. Detective Twombly and canine Atilla were both certified in March 2026 by the Ohio Peace Officers Training Academy (OPOTA) and the North American Police Work Dog Association (NAPWDA) in March 2026. According to Detective Twombly, Atilla is a reliable K-9 assist unit.

12. Canine Atilla has been trained to detect the presence of the odors of the following controlled substances: marijuana, cocaine, heroin, methamphetamine (“crystal meth”), and/or their derivatives. Prior to handling canine Atilla, Detective Twombly handled canine Ciga for 9 years, and he and canine Ciga completed 80 hours of a state-certified training program at Shallow Creek Kennels in Sharpsville, Pennsylvania under Certified Trainer John Brannon of the NAAPWDA, a nationally organized police work dog association that provides training for dogs and handlers. Detective Twombly has been trained how to handle a detector canine and read his alerts.

13. Your affiant knows based on his training and experience that individuals who regularly handle controlled substances often leave the scent of controlled substances, which narcotic canines are trained to indicate alert, on the box, contents of the box, and/or other packaging material they handle.

14. Based on the information contained herein, your affiant maintains there is probable cause to believe that each of the above parcels contains controlled substances, and/or proceeds which are evidence thereof, in violation of Title 21, United States Code, Section 841(a)(1).

Joseph A Haluska

Joseph A Haluska
U.S. POSTAL INSPECTOR

On August 10, 2026, this affidavit was sworn to by the affiant, who did no more than attest to its contents pursuant to Crim. R. 4.1 (b)(2)(A), by telephone after a document was transmitted by email, per Crim R. 4.1

**Reuben J. Sheperd**
U. S. MAGISTRATE JUDGE