AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:26-mj-3140-RJS | 08/10/2026 2:37 P.M. | |

Inventory made in the presence of :
Postal Inspector Joseph A. Haluska, Task Force Officer Michael Twombly

Inventory of the property taken and name(s) of any person(s) seized:

U. S. Postal Service Priority Mail Flat Rate Envelope bearing tracking no. 9205590327908754198706 addressed to, Miranda Casas 636 Mary Ln, Marietta GA 30062 bearing return address of CEECEE'S BOUTIQUE 37783 Caroline Dr Avon OH 44011

Approximately 25 grams of suspected Xanax seized from U. S. Postal Service Priority Mail Flat Rate Envelope bearing tracking no. 9205590327908754198706

U. S. Postal Service Priority Mail parcel bearing tracking no. 9205 590327908753921534 addressed to Destiny Arnlod, 16000 HUNTMERE AVE, CLEVELAND OH 44110 bearing return address of KEY TRADERS, 8989 GULLO AVE, ARLETA CA 91331

Approximately 460 grams of suspected Methamphetamine from U. S. Postal Service Priority Mail parcel bearing tracking no. 9205 590327908753921534

FILED
8:12 am Aug 11 2026
Clerk U.S. District Court
Northern District of Ohio
Cleveland

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/10/2026

Joseph A Haluska
*Executing officer's signature*

Joseph A. Haluska, U.S. Postal Inspector
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ❒ Original ❒ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

In the Matter of the Search of
Two U.S. Postal Service mail parcels listed in Attachment A.
9205590327908754198706, 9205590327908753921534

Case No. 1:26-mj-3140-RJS

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the Northern District of Ohio, Eastern Division *(identify the person or describe the property to be searched and give its location)*:

Two U.S. Postal Service mail parcels listed in Attachment A.
9205590327908754198706, 9205590327908753921534

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Tile 21, United States Code, Section 841 (a)(1).

**YOU ARE COMMANDED** to execute this warrant on or before ______________ *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m. ❒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Reuben J. Sheperd.
*(United States Magistrate Judge)*

❒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

❒ for _____ days *(not to exceed 30)* ❒ until, the facts justifying, the later specific date of ______________.

Date and time issued: 8/10/26, 1:36 pm

City and state: Cleveland, Ohio

Reuben J. Sheperd U.S. Magistrate Judge
*Printed name and title*